UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IFTIKHAR AHMED,<br><br>        Plaintiff,<br>   v.<br><br>WACHOVIA, ET AL.,<br><br>        Defendants. | Case No.: 11-CV-03953-LHK<br><br>ORDER CONTINUING MOTION HEARING TO THURSDAY, OCTOBER 27, 2011 AT 1:30 P.M. |

On August 18, 2011, Defendant Wells Fargo noticed a motion to dismiss and a motion to strike for a hearing on Thursday, September 29, 2011. Unfortunately, that date is not available for additional motion hearings. Accordingly, the hearing on Defendant's motions is continued to Thursday, October 27, 2011 at 1:30 p.m. The continuance of the motion hearing does not affect the September 1, 2011 opposition deadline or the September 8, 2011 reply deadline.

**IT IS SO ORDERED.**

Dated: August 19, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03953-LHK
ORDER CONTINUING MOTION HEARING